**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 19 2020

JEFFREY P. COLWELL
CLERK

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| John Doe, PRO SE<br>Plaintiff<br><br>-VS-<br><br>Officer Torrez and<br>UNKNOWN DEFENDANTS,<br>Sued In Thier Official and<br>Individual Capacities<br>Defendants | Civil No. _____<br><br>CIVIL RIGHTS COMPLAINT<br>BIVENS ACTION |

1. This is a civil rights complaint action under Bivens v. Six Unknown Federal Agents, 403 U.S. 388, filed by John Doe-Plaintiff, a pauper in federal custody serving his sentence at the Special Management Unit in Thomson, ILLINOIS.

2. This suit is brought to enjoin the Bureau Of Prisons and unknown Defendants from violating Plaintiff's Constitutional Rights under the First and Eighth Amendment by labeling Plaintiff a snitch on August 25, 2019, causing Plaintiff to get into a fight with his cellmate on November 5, 2019 and lead to Plaintiff being assaulted by another cellmate on December 26, 2019. Defendant Torrez

yelling "You're A snitch, You're A snitch has caused Plaintiff to live in constant fear that he will be the subject of assaults or death as soon as Plaintiff is placed in general population.

2. The Plaintiff seeks an injunction against the Bureau of Prisons from placing him in the general population of a United States Penitentiary as the entire B-Range tier at U.S.P. Florence heard Defendant Torrez label Plaintiff a snitch and Plaintiff has already been knocked UNCONSCIOUS by his cellmate, because he has been labeled a snitch. Although Plaintiff is no longer housed at U.S.P. Florence, inmates communicate via E-Mail or letters and once an Bureau Of Prisons employee labels an inmate a snitch there is no way to escape that label. And the Defendants know that inmates label as a snitch are assaulted and frequently killed.

3. The Plaintiff is seeking monetary damages against Defendant Torrez, Defendants Unknown and an injunction.

## JURISDICTION

4. This Court has Jurisdiction over Plaintiff's claims under 28 USC 1331 (a), 1332, 1343, 1361, 1651, 2201 and 2202. This Action presents questions of Federal laws.

## VENUE

5. VENUE lies IN this Honorable Court under 28 USC 1391. The events took place in the District Of Colorado.

## PARTIES

6. Plaintiff John Doe, United States Penitentiary. P.O. Box 1001, Thomson, ILLINOIS 61285

7. Defendant Torrez is an employee of the Bureau Of Prisons, working as a Corrections officer At USP Florence

8. Defendant Bureau Of Prisons is an Agency responsible for the welfare of Plaintiff Doe

9. Defendant Unknown Defendants are responsible for what Bureau of Prison facilities inmates are housed in.

10. Defendant Unknown Defendant were Responsible for insuring the Plaintiff was placed on cell alone "After" Plaintiff notified USP Florence Staff that Defendant Torrez had labeled him a snitch.

11. Each of the Defendants is sued in both their official and personal capacities. At all times herein, the Defendants were acting under the color of federal law.

Relevant Facts In Support of Bivens Complaint

IV Plaintiff's Complaint Is Based Upon Deliberate Indifference To Serious Harm Under The Eight Amendment.

12. On August 25, 2019 at aproximately 7:00-8:00 pm After Arguing with Plaintiff About refusing to issue Plaintiff New laundry, Officer Torrez yelled very loudly "Youre A Snitch", "Youre A snitch!"

13. The Entire B-Range heard Officer Torrez yell "Youre A Snitch" twice. As All inmates were At their doors to exchange their linen.

14. The Plaintiff yelled back "Your a fuckin' liar", "Check my paperwork".

15. Defendant Torrez yelled back "Youre a snitch."

16. Inmate Clanton one cell next to Plaintiff, yelled "I don't believe, Torrez"

17. Later that Night After 10 pm lights out, Plaintiff heard an inmate yell down on the vent from B range "Z" "Torrez says "_____" ie, John Doe is A snitch!"

18. The Plaintiff then yelled on the vent, "You can check

My PAPERWORK AND the COMPUTER, I AINT hot."

19. The UNKNOWN INMATE yelled back "That shit don't mean shit, the police AINT lying. You probably penitentiary hot. I hope your homies crush your snitch ass."

20. In PRISON slang, hot means = SNITCHING AND to crush means to stab, maim AND kill.

21. The Plaintiff, then got into AN ARGUMENT with his cellmate over whether Plaintiff was a snitch.

22. The Plaintiff filed A complaint on the E-mail to the OIG that his life was in danger because Defendant TORREZ had yelled he was a snitch on B-Range.

23. The Plaintiff was in the SHU and only sees his counselor once a week and when he saw his counselor Wyche, he filed A sensitive "9" AND A BP "8" was received, he turned in the BP "8" when Counselor Wyche returned on September 6, 2019

24. In the BP 8 and BP 9, the Plaintiff placed USP FLORENCE staff on notice, that his life was in danger because TORREZ had repeatedly called Plaintiff A snitch. The Plaintiff requested a lie detector at every level to substantiate that TORREZ called him a snitch.

25. Out of an abundance caution and to alert BOP staff to the seriousness of being called a snitch by TORREZ the Plaintiff also filed a regular BP 9, BP-10 and BP-11.

26. The BOP rejected each of Administrative Remedy although Counselor Wyche filed a memorandum that the Administrative Remedy was late due through no fault of the Plaintiff and the matter was of mutual concern.

27. That the Plaintiff is housed in USP facilities Although he was only convicted of MARIJUANA CONSPIRACY.

28. At USP facilities INMATES who are known as a snitch are routinely stabbed and killed. The worse label an inmate can have at a USP is to be a snitch.

29. Defendant TORREZ works exclusively in the SHU and knows that inmates known as snitches are Assaulted and/or killed and cannot be housed in the general population.

30. That Defendant TORREZ on information and belief did not inform the captain or the warden that he had called Plaintiff a snitch loudly on B-Range and that Plaintiff was in danger of being Assaulted by other inmates.

31. ON NOVEMBER 5, 2019, the PLAINTIFF AND his CELLMATE got into a fight, specifically over whether Plaintiff was a SNITCH, SINCE TORREZ ACCORDING to his CELLMATE called him A SNITCH.

32. The Plaintiff SUFFERED A cut lip AND A bloody NOSE AS A RESULT of the fight.

33. That SINCE DEFENDANT TORREZ called him A SNITCH the Plaintiff has been unable to sleep throughout the Night, AND his blood PRESSURE has REACHED dANGEROUS levEls. The Plaintiff SUFFERS FROM ANXIETY ATTACKS IN which he bELIEVES he will be RANdomly Attacked by INMATES...

34. ON DECEMBER 26, 2019, the PlaINTIFF WAS ASSAULTED AND SUFFERED A knock out FROM his CELLMATE. Immediately before the Plaintiff WAS knocked out, his cellmate stated "Why IS TORREZ SAYING you'RE A SNITCH?" ANd then hit Plaintiff IN his face, he bELIEVES AS he WAS UNCONSCIOUS.

35. That the Plaintiff IS IN A CATch-22 IN which he caNt REPORT the ASSAULTS for fEAR of bEING A "Substantiated" SNITCH, ANd bEING Killed oNCE he IS RELEASEd to geNERAl population.

36. The PlaINTIFF IS housED IN RESTRICTEd housing.

37. That the DEFENDANTS have NOT INTERVIEWED the Plaintiff About TORREZ Statements that he WAS A SNITCH NOR have the BOP Staff placed Plaintiff IN protective custody.

38. The DEFENDANTS have SUMMARILY REJECTED ALL of Plaintiffs ADMINISTRATIVE REMEDIES EXCEPT the INITIAL BP8, ANSWERED by COUNSELOR Wyche.

39. That the DEFENDANTS ARE fully AWARE that INMATES COMMUNICATE from ANd BETWEEN USP facilities ANd that ONCE Plaintiff IS RELEASED INTO GENERAL Population he will be ASSAULTED OR KILLED bASED ON DEFENDANT TORREZ CALLING him A SNITCH loudly At USP FLORENCE.

40. That the UNKNOWN DEFENDANTS have NOT ATTEMPTED to INTERVIEW OTHER INMATES PRESENT during Defendant TORREZ Statements NOR has the BOP given the Plaintiff A lie detectOR test ON WHETHER TORREZ yelled "YOURE A SNITCH" TWICE ON August 25, 2019

41. That NONE of the DEFENDANTS Although RESPONSIBLE for the SAFETY AND SECURITY OF INMATES IN the BOP have failed to INSURE Plaintiff IS placed IN A LESSOR SECURITY facility OR WITH STATE AUTHORITIES, bECAUSE AS It NOW STANDS Plaintiff WILL bE ASSAULTED OR KILLED due to TORREZ CALLING him A SNITCH.

42. That the BOP allows computer access to PSR documents on rank and file correction officers, and that inmates are well-aware that BOP employees have ready access to sealed court documents.

43. That on information and belief the BOP knows it is a dangerous practice to allow corrections officers access to sealed court PSR and that when a correction officer calls an inmate a snitch, inmates at USP facilities will assault and kill the labeled inmates

## FIRST CAUSE OF ACTION

44. Paragraphs 1-43 are re-alleged and incorporated herein

45. Defendant Torrez by yelling "You're a snitch" at a U.SP facility caused the Plaintiff to be subjected to serious harm in violation of the Eighth Amendment.

46. Defendant Torrez knew as senior officer working in the SHU at USP Florence that Plaintiff would be assaulted by inmates. As all inmates labeled snitches have been routinely subjected to assaults and stabbings at USP Florence and throughout the BOP. This was done with bad intent.

47. That the Plaintiff was involved in a fight and assaulted as a direct result of Torrez labeling him a snitch.

## SECOND CAUSE OF ACTION

48. PARAGRAPHS 1-47 ARE RE-alleged AND INCORPORATED HEREIN.

49. DEFENDANTS UNKNOWN ARE RESPONSIBLE for the day-to-day operations of USP FLORENCE AND KNEW from the facts AND CIRCUMSTANCES of Plaintiff filing ADMINISTRATIVE REMEDIES SURROUNDING DEFENDANT TORREZ YELLING "YOU'RE A SNITCH" TWICE ON August 25, 2019, that Plaintiff would be subjected to ASSAULTS AND death. UNKNOWN DEFENDANTS WERE Obligated to take MEASURES to INSURE Plaintiff was NOT ASSAULTED OR killed AS the RESULT of DEFENDANT TORREZ ACTIONS, yet the UNKNOWN Defendants did nothing AND Plaintiff WAS subjected to A fight IN which he suffered INJURIES AND ASSAULTED ON DECEMBER 26, 2019.

50. DEFENDANTS UNKNOWN KNEW OR should have KNOWN that by Allowing RANK AND file CORRECTIONAL OFFICERS COMPUTER ACCESS to SEALED COURT PSR documents would subject INMATES to obvious DANGER of Abuse by RANK AND file CORRECTIONAL OFFICERS.

51. DEFENDANTS UNKNOWN KNEW from the ADMINISTRATIVE REMEDIES filed by Plaintiff that he would suffer sleepless nights, high blood PRESSURE, ANXIETY Attacks, and physical ASSAULTS, but still failed to INSURE Plaintiff's SAFETY AFTER becoming AWARE of Obvious danger of being labeled A SNITCH by DEFENDANT TORREZ.

## Plaintiff's Prayer For Relief

The Court grant a preliminary and permanent injunction enjoining the BOP from placing the Plaintiff in the general population of USP facility in which the Defendants know Plaintiff will be assaulted and/or killed because Defendant Torrez labeled Plaintiff a snitch, and administer to Plaintiff a lie-detector polygraph examination as direct evidence of proof that Defendant Torrez labeled him a snitch on August 25, 2019 to the entire B-Range.

A. Enter a Declaratory Judgement pursuant to 28 USC. 2201-2202 that the Defendants violated Plaintiff's constitutional rights as alleged in the Complaint;

B. Grant Compensatory according to proof.

C. Grant special damages according to proof.

D. For Exemplary punitive damages against Defendant Torrez.

E. For cost of suit herein; and

F. For such other and further relief as the Court deems proper.

/S/ John Doe

Declaration Under Penalty of Perjury
I do hereby certify and state that I have read
the above and foregoing documents and that the
material facts are true to the best of my knowledge
memory and belief under the pains and penalties of
perjury: 28 USC 1746; 18 USC 1621-23.

Subscribed and sworn this 14th day of June 2020



INMATE NAME Shannon Williams
REGISTER NUMBER 13947.047
ADMINISTRATIVE UNITED STATES PENITENTIARY
P.O. BOX 1002
THOMSON, IL 61285

LEGAL MAIL

FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 1002
THOMSON, IL 61285

The enclosed letter was processed on _____ through special mailing procedures. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encl ed correspon dence for forwar' to ''' '''''', ''' '' return the enclosed materials to the above ad ''''

AUSP Thomson

Received in CSD

INMATE
IDENTIFICATION
CONFIRMED

CLERK OF The U.S. District Court
Alfred A Arraj Courthouse
901 19th Street
Denver, Co. 80294