IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20–cv–01823–RM–KMT

SHANNON WILLIAMS,

    Plaintiff,

v.

OFFICER TORREZ, and
UNKNOWN DEFENDANTS,

    Defendants.

_____

**ORDER ACCEPTING RECOMMENDATION**
_____

    This matter is before the Court on the August 30, 2021, Recommendation of United States Magistrate Judge Kathleen M. Tafoya (the "Recommendation") (ECF No. 61) to (1) grant Defendant's Motion for Summary Judgment (ECF No. 38) based on Plaintiff's failure to exhaust administrative remedies as required under the Prison Litigation Reform Act; and (2) deny Defendant's Motion to Dismiss (ECF No. 36) as moot. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 61 at pages 7-8.) Despite this advisement, no objections to the Recommendation have to date been filed by any party and the time to do so has expired. (*See generally* Dkt.)

    The Court concludes that Magistrate Judge Tafoya's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there

is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). The Recommendation is, therefore, accepted and adopted as an order of this Court.

In accordance with the foregoing, the Court:

(1)   ACCEPTS and ADOPTS the Recommendation of United States Magistrate Judge (ECF No. 61) in its entirety;

(2)   GRANTS Defendant's Motion for Summary Judgment (ECF No. 38);

(3)   DENIES Defendant's Motion to Dismiss (ECF No. 36) as MOOT;

(4)   DISMISSES with prejudice Plaintiff's individual capacity claim against Defendant Torrez;

(5)   DIRECTS the Clerk of the Court to enter judgment in favor of Defendants and against Plaintiff in accordance with this Order Accepting Recommendation and with the Order to Dismiss in Part and to Draw Case (ECF No. 14); and

(6)   DIRECTS the Clerk of the Court to close this case.

DATED this 22nd day of September, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge